## DEVANY'S HEIRS *vs.* DEVANY'S ADM'RS.

1. Under the Code (§1888) an appeal does not lie to the Supreme Court, on an order of the Probate Court for the sale of real estate belonging to a decedent.

APPEAL from the Court of Probate of Franklin.

GOLDTHWAITE, J.—This is an appeal from an order of the Probate Court for the sale of lands belonging to the estate of Charles Devany. The record shows, that the deceased died on the 24th July, 1853, and the petition bears date on the 14th of September, 1853 ; consequently, the proceedings are governed by the provisions of the Code, which does not allow an appeal on an order of this nature.—§ 1888.

Appeal dismissed.